IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK OVERALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-cv-0576-WHA |
| | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 11) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED, and this case is DISMISSED for lack of subject matter jurisdiction.

A separate judgment shall issue.

Done this 26th day of August, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE